UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DONTAVIOUS BROWN,**

    **Plaintiff,**

**v.**                                                       Case No. 5:19cv322-TKW-MJF

**FLORIDA DEPARTMENT OF CORRECTIONS, et al.,**

    **Defendants.**

_____/

# **ORDER**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 10). No objections to the Report and Recommendation were filed.[1] Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case is due to be dismissed based on Plaintiff's failure to pay the filing fee and failure comply with multiple court orders. Accordingly, it is

    **ORDERED** that:

---

[1] The Report and Recommendation was mailed to Plaintiff at his address of record, but it was returned as undeliverable. *See* Doc. 11. One of the two orders with which Plaintiff failed to comply was also returned as undeliverable, *see* Doc. 9 (returning Doc. 8), but the other order (Doc. 7) was not returned. Plaintiff's failure to keep the Court apprised of his current address is an additional basis for dismissal because it is tantamount to a failure to prosecute and/or an abandonment of the case.

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED**, and the Clerk shall close the case file.

**DONE and ORDERED** this 17th day of March, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**